NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| BENJAMIN J. HERRERA, DOC #H49301, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D17-2494 |
| STATE OF FLORIDA, | ) ) ) | |
| Appellee. | ) ) ) | |

Opinion filed May 16, 2018.

Appeal from the Circuit Court for
Highlands County; Michael E. Raiden,
Judge.

Anthony W. Surber, Mulberry, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


Affirmed.


CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.